JS-6

1  ASIM K. DESAI  (SBN 175402)
   MARGARET M. DRUGAN  (SBN 175324)
2  CHRISTOPHER J. WEBER  (SBN 233998)
   GORDON REES SCULLY MANSUKHANI, LLP
3  633 West Fifth Street, 52nd Floor
   Los Angeles, CA  90071
4  Telephone:  (213) 576-5000
   Facsimile:   (213) 680-4470
5  adesai@grsm.com
   mdrugan@grsm.com
6  cweber@grsm.com

7  Attorneys for Defendant,
   MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER CONSTRUCTION AND REMODEL, INC., a California corporation, and ROBERT DEVILLE, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO.  5:18-cv-02582-JGB (KKx)<br><br>JUDGMENT |

On July 8, 2020, this Court issued an Order granting, in part, the Motion for Summary Judgment of Defendant Mesa Underwriters Specialty Insurance Company ("Defendant") against Plaintiffs Premier Construction and Remodel, Inc. and Robert Deville ("Plaintiffs") on the Plaintiffs' causes of action for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Negligent Misrepresentation. The Court denied Defendant's motion as to the Plaintiffs' declaratory relief cause of action. A true and correct copy of the Court's order is filed as Document No. 106.

On April 22, 2021, this Court granted the Stipulation of Dismissal between Plaintiffs and Defendant for dismissal of the remaining declaratory relief cause of action in Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)). A true and correct copy of the Court's Order is filed as Document No. 133.

THEREFORE, BY REASON OF SAID ORDERS, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT:

Judgment is hereby entered in favor of Defendant as to the causes of action and allegations alleged against Defendant in Plaintiffs' Complaint for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Negligent Misrepresentation. Plaintiffs shall take nothing from Defendant by way of their Complaint. Neither Plaintiffs nor Defendant may recover costs as the prevailing party until after entry of a final judgment following exhaustion of all appeals. The parties have reserved their rights to claim costs incurred in this Court and in the Court of Appeals.

Dated: July 23, 2021

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE